No. 71–5073.  Pope *v.* Nebraska.  Appeal from Sup. Ct. Neb.  Motion for leave to proceed *in forma pauperis* granted.  Judgment vacated insofar as it leaves undisturbed the death penalty imposed, and case remanded for further proceedings.  See *Stewart* v. *Massachusetts, ante,* p. 845.  Mr. Justice Blackmun took no part in the consideration or decision of this case.

No. 70–210.  Oyen et al. *v.* Washington.  Appeal from Sup. Ct. Wash.  Motion to dispense with printing jurisdictional statement granted.  Judgment vacated and case remanded for further consideration in light of *Police Department of City of Chicago* v. *Mosley, ante,* p. 92, and *Grayned* v. *City of Rockford, ante,* p. 104.

No. 68–5012.  Howard *v.* Nevada.  Appeal from Sup. Ct. Nev. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 68–5001.  Marks *v.* Louisiana.  Sup. Ct. La.

No. 68–5002.  McCants *v.* Alabama.  Sup. Ct. Ala.